LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
LIODAM GONZALEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>LIODAM GONZALEZ,<br><br>Defendants. | Case No. 1:19-cr-00201-DAD-BAM<br><br><br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE BARBARA A. MCAULIFFE, UNITED STATES MAGISTRATE JUDGE; AND THOMAS NEWMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, LIODAM GONZALEZ, by and through his attorney of record, EMILY DELEON, hereby requesting that the Status Conference currently set for Monday, February 24, 2020 be continued to April 27, 2020 at 1 p.m. The defense has additional discovery to review. The parties believe that at the upcoming status hearing the defense would be requesting additional time to review the discovery.

For those reasons, the parties agree that that the ends of justice is served by continuing the case as set forth above, outweigh the best interest of the public and the defendants in a speedy trial, including by providing for continuity of counsel, and reasonable time necessary for effective trial preparation. Counsel for defendant believes that failure to grant the above-requested continuance would deny the reasonable time necessary for effective preparation, taking into

1

account the exercise of due diligence.

**IT IS SO STIPULATED.**

DATED: 02/19/20

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
LIODAM GONZALEZ

DATED: 02/19/20

*/s/Thomas Newman*
THOMAS NEWMAN
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the 1st Status Conference is continued from February 24, 2020 to April 27, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe.

IT IS FURTHER ORDERED THAT the period of time from February 24, 2020 through April 27, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **February 20, 2020**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE