1
LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
2
1318 K Street
3
Bakersfield, CA 93301
Tel: (661) 326-0857
4
Email: emily@lawdeleon.com

5
Attorney for:
LIODAM GONZALEZ
6

UNITED STATES DISTRICT COURT
7

FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00201-DAD-BAM |
| --- | --- |
| Plaintiff | |
| LIODAM GONZALEZ, | |
| Defendants. | |
| | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

10

11

12

13

14

15

16  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE BARBARA
A. MCAULIFFE, UNITED STATES MAGISTRATE JUDGE; AND THOMAS NEWMAN,
17  ASSISTANT UNITED STATES ATTORNEY:

18

19  **COMES NOW** Defendant, LIODAM GONZALEZ, by and through his attorney of

20  record, EMILY DELEON, hereby requesting that the Status Conference currently set for

21  Monday, April 27, 2020 be continued to June 22, 2020 at 1 p.m.  This request is based on the

22  restrictions on entering the Courthouse and General Orders 611 and 612, and the need to

23  effectively review the discovery in this case.  Further, the parties are in communication regarding

24  discovery in this case, a proposed plea offer, and anticipating coming to a resolution in this

25  matter.

26      For those reasons, the parties agree that that the ends of justice is served by continuing the

27  case as set forth above, outweigh the best interest of the public and the defendants in a speedy

28  trial, including by providing for continuity of counsel, and reasonable time necessary for effective

1

trial preparation.

**IT IS SO STIPULATED.**

DATED: 03/26/20

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
LIODAM GONZALEZ


DATED: 03/26/20

*/s/Thomas Newman*
THOMAS NEWMAN
Assistant U.S. Attorney


# <u>ORDER</u>

IT IS SO ORDERED that the STATUS CONFERENCE set for April 27, 2020 be

continued to **June 22, 2020, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS FURTHER ORDERED THAT the period of time from April 27, 2020 through June

22, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and

(iv) because it results from a continuance granted by the Court at defendant's request on the basis

of the Court's finding that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**March 26, 2020**__          ___/s/ *Barbara A. McAuliffe*___
                                       UNITED STATES MAGISTRATE JUDGE