**LAW OFFICE OF EMILY DE LEON**
Emily De Leon, SBN296416
1318 K Street
Bakersfield, CA 93301
Tel: (661)331-0207
Email: emily@lawdeleon.com

Attorney for:
LIODAM GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LIODAM GONZALEZ,<br><br>　　　　　Defendant | Case No.: 1:19-cr-00201-DAD-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER** |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Liodam Gonzalez, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any and all proceedings in this matter. Mr. Gonzalez agrees that his interests shall be represented at all times by the presence of his attorney Emily de León, the same as if Mr. Gonzalez were personally present. This court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

Date: 04/08/2020　　　　　　　　　　　　　　　　　　　*/s/ Liodam Gonzalez*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Liodam Gonzalez

Date: 04/08/2020　　　　　　　　　　　　　　　　　　　*/s/ Emily de Leon*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　EMILY DE LEON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

## **ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** the Court grants Defendant Gonzalez's request for waiver of his personal appearance for all proceedings in this matter.

IT IS SO ORDERED.

Dated: __**April 8, 2020**__          ____/s/ *Barbara A. McAuliffe*____
                                    UNITED STATES MAGISTRATE JUDGE