LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
LIODAM GONZALEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>LIODAM GONZALEZ,<br><br>　　　　　　Defendants. | Case No.  1:19-cr-00201-DAD-BAM<br><br><br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE DALE A. DROZD, UNITED STATES DISTRICT JUDGE; AND THOMAS NEWMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, LIODAM GONZALEZ, by and through his attorney of record, EMILY DELEON, hereby requesting that the Sentencing currently set for Monday, October 19, 2020 be continued to November 9, 2020.  This request is based on counsel for Mr. Liodam Gonzalez currently being engaged in a felony jury trial in state court in Bakersfield, California.

**IT IS SO STIPULATED.**

DATED: 10/14/20

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　*/s/ Emily Deleon*_____
　　　　　　　　　　　　　　　　　　　　　　EMILY DELON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　LIODAM GONZALEZ

1

DATED: 10/14/20 　　　　　　　　　　　　　　*/s/Thomas Newman*
　　　　　　　　　　　　　　　　　　　　　　　THOMAS NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

# ORDER

Pursuant to the stipulation of the parties, the SENTENCING set for October 19, 2020 is hereby continued to November 9, 2020 at 10:00 am.

IT IS SO ORDERED.

Dated:　**October 14, 2020**　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE