McGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LIODAM GONZALEZ,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:19-CR-00201-DAD-BAM<br><br>FINAL ORDER OF FORFEITURE |

On August 7, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Liodam Gonzalez forfeiting to the United States the following property:

　　　　a.　　Glock 17, 9mm caliber pistol that was modified with an auto sear, Serial Number
　　　　　　　BDLD108,

　　　　b.　　All machinegun conversion devices, and

　　　　c.　　All ammunition.

Beginning on August 12, 2020, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court

///

1

within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), including all right, title, and interest of Liodam Gonzalez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __December 4, 2020__         _Dale A. Drozd_
                                    UNITED STATES DISTRICT JUDGE